AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

MIKE NELSON COMPANY, INC.
a/k/a Mike Nelson Co., Inc.

CASE NUMBER  1:05CV01499

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 07/28/2005

TO: (Name and address of Defendant)

Mike Nelson Company, Inc.
a/k/a Mike Nelson Co., Inc.
3373 South Chestnut Avenue
Fresno, CA  93772

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 2 8 2005
CLERK                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**          CASE NO. 1:05CV01499(ESH)

**INTERNATIONAL PAINTERS AND**
**ALLIED TRADES INDUSTRY PENSION FUND**

**VS**

**MIKE NELSON COMPANY, INC.**
A/k/a Mike Nelson Co., Inc.

**SERVICE OF PROCESS ON:  MIKE NELSON COMPANY, INC.**
                         A/k/a Mike Nelson Co., Inc.

I __Toby Bogges__, Undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of eighteen, and not a party to this action.

**Date of service:** 8/10/2005 2:28 PM
**Place of service:** 3373 South Chestnut Ave., Fresno, CA 93772
**Documents served: Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

____ By personally delivering them into the hands of the person being served
____ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
_x_ By delivering to an officer or person-in-charge or managing agent whose name and title is: __Luz (REFUSED LAST NAME), Receptionist__
____ Other: _____

Description of person receiving documents: Male/Female Skin color __Hispanic Female__
                                           Haircolor __Blk__   Age __22__ Hgt __5'1__ Wgt __100__

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____Toby Bogges_____   Date __8-15-05__


David S. Bahuriak, Jr., Esquire
510 Walnut St., 16th Floor
Philadelphia, PA 19106          215-922-6700