## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) |
| TRADES INDUSTRY PENSION FUND | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1499 (ESH) |
| v. | ) |
| | ) |
| MIKE NELSON COMPANY, INC. | ) |
| | ) |
| Defendant. | ) |

## REQUEST TO CLERK TO ENTER DEFAULT
## PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, Mike Nelson Company, Inc. a/k/a Mike Nelson

Co. Inc., for failure to plead or otherwise defend in accordance with the Federal Rules of Civil

Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the

attached Affidavit of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/      Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

Date: August 31, 2005          Attorney for Plaintiff

157790-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) |
| TRADES INDUSTRY PENSION FUND | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1499 (ESH) |
| v. | ) |
| | ) |
| MIKE NELSON COMPANY, INC. | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1.    I am the attorney for the Plaintiff in the above-entitled action.

2.    The Complaint and Summons in this action were served on Defendant, Mike Nelson Company, Inc. a/k/a Mike Nelson Co. Inc., by Toby Bogges, Process Server, by serving Luz, Company's receptionist, at 3373 South Chestnut Avenue, Fresno, CA  93772 on August 10, 2005. The Return of Service has been duly docketed with the Court.  The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3.    Defendant has not filed a proper Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4.    Defendant is neither an infant nor incompetent person.

5.    Inasmuch as a Defendant is a corporation, it is not in the military service

157790-1

6.      The Clerk is requested to enter default against Defendant.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: August 31, 2005                 BY:/s/      Sanford G. Rosenthal
                                      SANFORD G. ROSENTHAL, ESQUIRE

**<u>CERTIFICATE OF SERVICE</u>**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing

Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first

class mail, postage prepaid, on the date listed below to:

MIKE NELSON COMPANY, INC.
a/k/a Mike Nelson Co. Inc.
3373 South Chestnut Avenue
Fresno, CA  93772

Date: <u>August 31, 2005</u>          BY:<u>/s/      Sanford G. Rosenthal          </u>
                                                  SANFORD G. ROSENTHAL, ESQUIRE

157790-1