Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND
    Plaintiff(s)

v.

Civil Action No. 05-1499 (ESH)

MIKE NELSON COMPANY, INC.
    Defendant(s)

RE: MIKE NELSON COMPANY, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 10, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of September, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk