UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>MIKE NELSON COMPANY, INC.,<br><br>Defendant. | Civil Action No. 05-1499<br>(ESH) |

### ORDER

Default having been entered by the Clerk of Court on September 6, 2005, it is this 6th day of September, 2005, hereby

**ORDERED** that plaintiff shall move for default judgment on or before September 23, 2005 or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

                                                           s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge