IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>           Plaintiff,<br>v.<br><br>MIKE NELSON COMPANY, INC.<br>   a/k/a Mike Nelson Co. Inc.<br><br>           Defendant. | )<br>)<br>)<br>) Civil Action No. 05-1499 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Mike Nelson Company, Inc. a/k/a Mike Nelson Co. Inc., in the amount of $37,933.16. On August 30, 2005, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on September 6, 2005.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 4), and a proposed default judgment.

                                                 Respectfully submitted,

                                                 JENNINGS SIGMOND, P.C.

                                                 _____
                                                 SANFORD G. ROSENTHAL, ESQUIRE
                                                 (I.D. NO. 478737)
                                                 The Penn Mutual Towers, 16th Floor
                                                 510 Walnut Street, Independence Square
                                                 Philadelphia, PA 19106-3683
                                                 (215) 351-0611

Date: <u>September 15, 2005</u>            Attorneys for Plaintiff

158284-1