## CERTIFICATE OF SERVICE

I hereby certify this 15th of September 2005, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

MIKE NELSON COMPANY, INC.
a/k/a Mike Nelson Co. Inc.
3373 South Chestnut Avenue
Fresno, CA  93772

DATE: 9/15/05

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

141342-1