September 12, 2005

TO:       SHANNA CRAMER

FROM:     PEGGY GILBERT

RE:       MIKE NELSON COMPANY, INC. N2732 LU 294
          Revised UPDATE

|  |  |  |  |  |
|---|---|---|---|---|
| | **7/25/05 Lawsuit filed by Shanna Cramer for at least the sum of $25,681.12 for:** | | | |
| $236.19 | Late charges for 12/04, 1/05, and part of 2/05 | | | |
| $21,013.19 | Unpaid contributions : | BAL 02/05 | $2,094.74 based on report | |
| | | 03/05 | $5,913.00 based on report | |
| | | 04/05 | $6955.20 based on report | |
| | | 05/05 | $6,050.25 EST | |
| $229.11 | Interest through 07/15/05 | | | |
| $4,202.63 | Liquidated damages | | | |
| $25,681.12 | Total | | | |

### OWES:

| | | | |
|---|---|---|---|
| $28,965.14 | Principal - | $2,094.74 | Bal. 02/05 – based on report |
| | | $5,913.00 | 3/05 – based on report |
| | | $6,955.20 | 4/05 – based on report |
| | | $5,065.20 | 5/05 – based on report |
| | | $3,697.65 | 6/05 – based on report |
| | | $5,239.35 | 7/05 – ESTIMATE* |
| $530.89 | Interest through 9/30/05 | | |
| $236.19 | Late charges 12/04, 1/05, and part of 2/05 | | |
| $5,793.02 | Liquidated damages | | |
| $650.00 | Attorneys' fees and costs through 7/05** | | |
| **$36,175.24** | **TOTAL** | | |

**PLUS,** any add attys fees and costs 8/05 forward

**PLUS,** we need reports for 5/05 to 7/05 to calculate sum certain for those months

*Estimate based on the average of the last three reports filed as follows:
$6,955.204/05 – based on report
$5,065.205/05 – based on report
$3,697.656/05 – based on report
$15,718.05 divided by 3 = $5239.35

|  |  |  |  |
|---|---|---|---|
| **JS | 20.00 | 06/05 | MAY 05 |
| JS | 630.00 | 08/05 | JUL 05 |

