# California Business Portal

**Secretary of State BRUCE McPHERSON**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "SEP 09, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| MIKE NELSON COMPANY, INC. |||
| **Number:** C1912369 | **Date Filed:** 9/9/1994 | **Status:** active |
| **Jurisdiction:** California |||
| **Address** |||
| 3373 SOUTH CHESTNUT AVE |||
| FRESNO, CA 93725 |||
| **Agent for Service of Process** |||
| MYRON SMITH |||
| 246 W SHAW AVE STE 152 |||
| FRESNO, CA 93704 |||

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement.**



EXHIBIT 3