IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 05-1499 (ESH) |
| v. | ) ) | |
| MIKE NELSON COMPANY, INC. a/k/a Mike Nelson Co. Inc. | ) ) ) | |
| Defendant. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES –September 2005**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 09/09/05 | SMC | Preparation of Default Motion. Preparation of Declarations. | 3.10 |
| 09/12/05 | SMC | Review and Revise Default Motion Review Clerk's Entry of Default Preparation of Letter to P. Gilbert | 1.50 |
| 09/13/05 | SMC | Review and Revise Default Motion Review and Revise Declarations Preparation of Letter to P.Gilbert Preparation of Letter to T. Montemore | .40 |
| 09/14/05 | SMC | Review and Revise Default Motion Review Correspondence from P. Gilbert | 1.00 |
| 9/15/05 | SMC | Review and Revise Default Motion | .40 |
| | | **TOTAL** | **6.1** |

**September Summary**
SMC   6.4 Hrs x $200.00   =   $1,280.00

Fees incurred 5/05 – 8/05   =   $ 707.00
Costs incurred 5/05 – 8/05   =   $  420.92
                                                    $1,127.92

   **Grand Total:**      **$2,407.92**

141342-1


EXHIBIT 5

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-27182-001 RBS
                        Bill date   06/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Mike Nelson Company    (27182)

FOR PROFESSIONAL SERVICES RENDERED

```
05/26/05 SGR   Review of Correspondence from P. Gilbert
                                     .10 hrs  200  /hr       20.00
                                                         -----------
         TOTAL FEES                                   $      20.00

DISBURSEMENTS

                                                         -----------
         TOTAL DISBURSEMENTS                          $        .00

BILLING SUMMARY

         TOTAL FEES                                   $      20.00
                                                         -----------
         TOTAL CHARGES FOR THIS BILL                  $      20.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                         Bill number PTINTF-27182-002 RBS
                              Bill date   07/11/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Mike Nelson Company    (27182)

FOR PROFESSIONAL SERVICES RENDERED

```
06/19/05 SGR   Memo to File regarding Case Status Update
                                         .30 hrs  200  /hr       60.00
06/27/05 SGR   Review of Documents
               Review and Revision of Case Status Update
               Letter to T. Montemore
                                         .20 hrs  200  /hr       40.00
                                                              -----------
               TOTAL FEES                                  $     100.00
```

DISBURSEMENTS

```
                                                              -----------
               TOTAL DISBURSEMENTS                         $         .00
```

BILLING SUMMARY

```
               TOTAL FEES                                  $     100.00
                                                              -----------
               TOTAL CHARGES FOR THIS BILL                 $     100.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  PTINTF-27182-003 RBS
                         Bill date    08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Mike Nelson Company    (27182)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/05 | SGR | Review of Correspondence from P. Gilbert<br>Review of Delinquency Update | .20 hrs | 200 /hr | 40.00 |
| 07/14/05 | SMC | Preparation of Complaint<br>Legal Research | 1.50 hrs | 200 /hr | 300.00 |
| 07/25/05 | SGR | Review of Complaint | .20 hrs | 200 /hr | 40.00 |
|  |  | TOTAL FEES |  | $ | 380.00 |

DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/21/05 | 7100 | Filing Fee | 250.00 |
|  |  | TOTAL DISBURSEMENTS  $ | 250.00 |

BILLING SUMMARY

       TOTAL FEES                                                $     380.00

       TOTAL DISBURSEMENTS                      $     250.00

       TOTAL CHARGES FOR THIS BILL            $     630.00

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27182-ALL RBS                                              Page    1


              REPORT TOTALS

              TOTAL FEES                                           500.00

              TOTAL DISBURSEMENTS                                  250.00
                                                                 --------
                                                                   750.00
```

```
                                      Jennings Sigmond

REPORT DATE    09/12/05              WORK IN PROCESS REPORT                             PAGE    1
REPORT NUMBER JP038-064207
SORTED BY CLIENT/MATTER                                                         PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-09/12/05


CLIENT   PTINTF  MATTER   27182     IUPAT Industry Pension Fund         Mike Nelson Company
                                    Industry Pension Fund
                                    Gary J. Meyers, Administrator
                                    1750 New York Avenue, N.W. #501
                                    Washington, DC 20006
BILL TMKP :     RBS      Richard B. Sigmond
ORIG TMKP :     RBS      Richard B. Sigmond

  DATE    TIMEKEEPER     HOURS       AMOUNT     DESCRIPTION

 08/01/05    CTM           .10         7.00     Review of Electronic Court Documents regarding
                                                Complaint and Summons
 08/03/05    SMC           .30        60.00     Preparation of Letter to P. Gilbert and T.
                                                Montemore
                                                Review of Correspondence from P. Gilbert
 08/19/05    SMC           .30        60.00     Review of Affidavit of Service
                                                Review of Documents
                                                Research Company Address
 08/30/05    SMC           .40        80.00     Preparation of Motion for Entry of Default

         TIMEKEEPER TOTALS

SMC       1.00       200 /hr          200.00
CTM        .10        70 /hr            7.00

TOTAL             1.10         $      207.00

         DISBURSEMENTS

 08/01/05    PO                         6.39    Postage Charges
 08/05/05    COPY                      18.55    Photocopies
 08/10/05    PO                        12.98    Postage Charges
 08/25/05    7100                     133.00    SERVICE FEE

         DISBURSEMENT TOTALS

PO                         19.37
COPY                       18.55
7100                      133.00

DISB TOTAL        $       170.92

BILL TOTAL        $       377.92

         LAST ACTIVE   09/01/05              LAST PAYMENT    07/29/05
```

Jennings Sigmond

```
REPORT DATE    09/12/05                    WORK IN PROCESS REPORT                                  PAGE    2
REPORT NUMBER JP038-064207
SORTED BY CLIENT/MATTER                                                                     PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-09/12/05

                                      FEES/
                       HOURS        EXPENSES

REPORT TOTALS           1.10          207.00
                                      170.92
```