UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>          **Plaintiff,**<br><br>          v.<br><br>MIKE NELSON COMPANY, INC.<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1499 (ESH)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion for entry of default judgment is **GRANTED.** Within 20 days of the date of this Order defendant shall pay plaintiff the amount of $37,933.16 pursuant to 29 U.S.C. § 1132(g)(2). It is

**FURTHER ORDERED** that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under the collective bargaining agreement(s); and it is

**FURTHER ORDERED** that judgment shall be entered for plaintiff and the complaint dismissed.

                                                                                                  s/
                                                      ELLEN SEGAL HUVELLE
                                                      United States District Judge

Date: September 19, 2005