IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIKE NELSON COMPANY, INC.<br>　a/k/a Mike Nelson Co. Inc.<br><br>　　　　Defendant. | Civil Action No. 05-1499 (ESH) |

**STIPULATION FOR ENTRY OF**
**CONSENT ORDER AND AMENDED JUDGMENT**

　　It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Amended Judgment may be entered without further notice or hearing.

| | |
|---|---|
| INTERNATIONAL PAINTERS<br>AND ALLIED TRADES INDUSTRY<br>　PENSION FUND | MIKE NELSON PAINTING COMPANY, INC.<br>a/k/a Mike Nelson Co. Inc. |
| BY: _____<br>SANFORD G. ROSENTHAL, ESQUIRE<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>(215) 351-0611 | BY: _____<br>MIKE NELSON<br>3373 South Chestnut Avenue<br>Fresno, CA 93772 |

160163-1