IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                                   Plaintiff, )  Civil Action No. 05-1499 (ESH)
v. )
MIKE NELSON COMPANY, INC. )
   a/k/a Mike Nelson Co. Inc. )
                                             Defendant. )

## CONSENT ORDER AND AMENDED JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Amended Judgment, it is ORDERED.

1.    Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Mike Nelson Company, Inc a/k/a Mike Nelson Co. Inc. ("Company" or "Defendant"), for unpaid contributions, liquidated damages, interest, audit costs and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $43,911.73 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions (9/1/01-8/31/05) | $31,289.34 |
| (b) | Liquidated Damages | $ 7,225.37 |
| (c) | Interest (through 10/31/05) | $ 761.10 |
| (d) | Late charges (12/04-2/05) | $236.19 |
| (e) | Audit Costs | $1,509.81 |
| (f) | Attorneys' Fees and Costs (5/05-10/21/05) | $ 2,889.92 |

Interest shall accrue on the Judgment Amount at the rate of 6% per annum compounded daily from October 31, 2005 to the date of payment.

160163-2

2. Company, its owners, officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

3. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Amended Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶1(f) above. *See*, 29 U.S.C. §1132(g)(2) and *Free v. Briody,* 793 F2d. 807 (7th Cir. 1986).

4. The Clerk of the Court may immediately certify this Consent Order and Amended Judgment for transfer upon the request of Plaintiff and payment of any required fee.

                                                                  BY THE COURT

                                                                  _____

Date_____                          ELLEN SEGAL HUVELLE    J.
                                                           United States District Judge

Copies shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 922-3524 (fax)

Mike Nelson
Mike Nelson Company, Inc a/k/a Mike Nelson Co. Inc.
3373 South Chestnut Avenue
Fresno, CA  93772

155973-1