IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) Civil Action No. 05-1499 (ESH) |
| v. | ) ) |
| MIKE NELSON COMPANY, INC. a/k/a Mike Nelson Co. Inc. | ) ) ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

NOW COMES the Plaintiff, International Painters and Allied Trades Industry Pension Fund, by and through its undersigned counsel, and notifies the Court that the Judgment entered by the Court on April 5, 2006, has been satisfied in full by the Defendant.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.


BY: /s/ Kent Cprek
     KENT CPREK
     Bar No. 478231
     SANFORD G. ROSENTHAL
     Bar No. 478737
     The Penn Mutual Towers, 16th Floor
     510 Walnut Street, Independence Square
     Philadelphia, PA 19106-3683
     (215) 351-0611/0615

     Attorneys for the Fund

Date: August 17, 2006

171268-1